IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KEIWANA J. McKINNEY,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ORGANON USA, INC.,** )<br>**ORGANON INTERNATIONAL, INC.,** )<br>**and MERCK & CO., INC.** )<br>)<br>Defendants. ) | **Civil No.  10-798-MJR-CJP** |

## ORDER

**PROUD, Magistrate Judge:**

I hereby **RECUSE** myself from all participation in the above-captioned case.

The Clerk of Court is hereby directed to immediately reassign this case to a different U.S. Magistrate Judge.

IT IS SO ORDERED.

DATED: November 10, 2010.

s/ Clifford J. Proud
CLIFFORD J. PROUD
U. S. MAGISTRATE JUDGE

This case is reassigned to Magistrate Judge Philip M. Frazier for full pretrial, no dispositive motions.